# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK
No. 08 CV 6797

LBA INTERNATIONAL LIMITE,
                Plaintiff,

-against-

C.E. CONSULTING LLC, ET ANO,
                Defendants.

State Of New York, County of New York SS:
JAMES CAGNEY
Being duly sworn, deposes and says that he is over the age of 18 years, is not a party to this action and resides in New York.

That on the 1ST day of AUGUST 2008, At: 9:35 PM

At: 345 EAST 93RD STREET, NEW YORK, NEW YORK 10128

Deponent served the Annexed: SUMMONS IN A CIVIL ACTION AND COMPLAINT

Upon: PATRICIA BURNS

### 308 (2) ALTERNATIVE METHOD (SUITABLE AGE PERSON)
By delivering thereat a true copy to SERGIO SABANAN (CONCIERGE) a person of suitable age and discretion. Said premises are defendant's last known residence within the state. Concierge informed deponent, that he can not let him go up to the apartment door, that he, the concierge, can accept the legal documents as he has many times in the past for various tenants.

### MAILING
ON AUGUST 4TH, 2008 - Deponent also enclosed a copy of same in a postpaid sealed wrapper properly marked **Personal and Confidential** and addressed to PATRICIA BURNS, 345 EAST 93RD STREET, APT. 7A, NEW YORK, NEW YORK 10128 defendant's last residence -and deposited said wrapper in - a post office - under the exclusive care and custody of the United States Postal Service within the State of New York.

### DESCRIPTION - Deponent describes the individual served or spoken to as follows:
Sex: **MALE** Color: **BROWN** Hair: **SHAVED** App. Age: **29** App. Ht: **5'10"** App. Wt. **185**
Other identifying features: **FACIAL HAIR**

Sworn to before me this 4TH
day of AUGUST 2008

JOLANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New Yok County
Commission Expires June 14, 2012

JAMES CAGNEY 124-0081